UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCER COUNTY COMMUNITY COLLEGE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AIG CLAIMS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br><br>　　　　　　Defendant. | Civil Action No. 1:19-cv-10217-FLW-LHG<br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |

The Parties having agreed to proceed to mediation in accordance with the National Union Fire Insurance Company of Pittsburgh, Pa ("National Union") policy's ADR provision, it is hereby stipulated and agreed by and between Plaintiff Mercer County Community College, and Defendants AIG Claims, Inc. and National Union that the matter be and hereby is dismissed without prejudice and without costs.

GORDON & REES　　　　　　　　　ADAMS, GUTIERREZ AND
SCULLY MANSUKHANI, LLP　　　　LATTIBOUDERE, LLC

*/s/  Keith J. Murphy*　　　　　　　　　*/s/  Sandro Polledri*
Keith J. Murphy, Esq.　　　　　　　　Sandro Polledri, Esq.
*Attorneys for AIG Claims, Inc. and*　　*Attorneys for Mercer County  Community College*
*National Union Fire Insurance Co.*
*Of Pittsburgh, Pa.*

SO ORDERED:

_____
Hon. Freda L. Wolfson, Chief Judge